IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDWARD DAVIS, # M-21849,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-00296-JPG |
| | ) |
| **DR. SHAH and KIMBERLY,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter comes before the Court for preliminary review of Plaintiff Edward Davis' complaint pursuant to 28 U.S.C. § 1915A (Doc. 1). In substance, the complaint is virtually identical to one Plaintiff previously filed with this Court on February 14, 2014. *See Davis v. Kimberly, et al.*, No. 14-cv-192 (S.D. Ill. February 14, 2014) ("prior action") (Doc. 1). The Court has already completed its threshold review of the complaint filed in the prior action, and that case is now pending. The instant complaint raises the same claims against the same defendants. Plaintiff seeks the same relief. He has also filed the same exhibits. The actions are duplicative of one another.

Accordingly, the **CLERK** is directed to **CLOSE** this case. All pending motions are hereby **DENIED** as **MOOT**. No filing fee shall be assessed for this action. The **CLERK** shall **STRIKE** the Order (Doc. 6) granting Plaintiff's motion for leave to proceed *in forma pauperis* on March 12, 2014. The **CLERK** is directed to instead enter the order in *Davis v. Kimberly, et al.*, No. 14-cv-192 (S.D. Ill. February 14, 2014), and apply any partial filing fee received in this case to the prior action. Finally, the **CLERK** is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at Pinckneyville Correctional Center.

**IT IS SO ORDERED.**

**DATED:  March 25, 2014**

*s/ J. Phil Gilbert*
**U.S. District Judge**
